PEOPLE v. TOLBERT

Appeal from Recorder's Court of Detroit, Robert E. DeMascio, J. Submitted Division 1 April 16, 1970, at Detroit. (Docket No. 6,708.) Decided April 30, 1970. Leave to appeal denied October 15, 1970. 384 Mich 766.

Tommy Lee Tolbert was convicted of armed robbery and of assault with intent to do great bodily harm less than murder. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Thomas P. Smith,* Assistant Prosecuting Attorney, for the people.

*Arthur J. Tarnow* (Defenders' Office—Legal Aid and Defender Association of Detroit), for defendant on appeal.

Before: LESINSKI, C. J., and QUINN and O'HARA,* JJ.

PER CURIAM. Defendant was convicted by a jury of armed robbery and assault with intent to do great

_____

* Former Supreme Court Justice, sitting on the Court of Appeals by assignment pursuant to Const 1963, art 6, § 23 as amended in 1968.

bodily harm less than murder. MCLA § 750.529
(Stat Ann 1970 Cum Supp § 28.797); MCLA
§ 750.84 (Stat Ann 1962 Rev § 28.279). None of de-
fendant's allegations of error have merit. A care-
ful review of the briefs and records reveals no error.

Affirmed.